In the Matter of the Judicial Settlement of the Account of Benjamin Parr and Susie L. Parr, as Executors, etc., of Susan P. Lilienthal, Deceased. Benjamin Parr and Susie L. Parr, as Executors, etc., of Susan P. Lilienthal, Deceased, and Others, Appellants; Albert W. Lilienthal, Jr., Respondent.— Decree of the Surrogate's Court of Westchester county in so far as appealed from affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ., concurred.

In the Matter of the Estate of Henry Waterman, Deceased.— Order of the Surrogate's Court of Kings county reversed on argument, with ten dollars costs and disbursements, and motion for stay denied. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Chauncey Kelton, Appellant, v. Mary L. Kelton, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Abraham Lefkowitz and Max Horowitz, Respondents, v. Nathan Jacobovitch and Jonas Eber, Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Margaret McGrath, Respondent, v. Isaac Kleinfeld and Isaac Rothfeld, Appellants.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

The People of the State of New York ex rel. Henry Hurlbut, Respondent, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Appellant.— Order affirmed on the authority of *People ex rel. Metcalf* v. *McAdoo* (184 N. Y. 268), with ten dollars costs and disbursements. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Rockland Light and Power Company, Respondent, v. Max Buhler and Others, Defendants, Impleaded with Ann Maria Smith and Louisa Smith, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

In the Matter of the Application of Paul Jones & Company to Compel the Payment by Their Attorney, Frederick L. Gilbert, of Money Received by Him as Such.— Judgment affirmed by default, with costs. Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Benjamin W. Johnson, Respondent, v. David Ravitch and Others, Defendants, Impleaded with Alfred C. Cowan, Appellant.— Order affirmed, on authority of *Johnson* v. *Ravitch* (*ante*, p. 810), decided herewith, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Edward J. McGowan, Appellant, v. John Mitchell Clark, Respondent.— Order setting aside verdict and granting new trial affirmed, with costs, on the ground that the verdict was against the weight of evidence on the question of an account stated. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Michael Moore, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Simy B. Pinto, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Hooker and Miller, JJ., concurred; Woodward and Jenks, JJ., dissented.

The People of the State of New York, Respondent, v. Nellie Nickerson, Appellant.— Judgment of conviction affirmed. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Herman Reinheimer, Respondent, v. Thomas Cunningham and Mary J. Cunningham, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Minnie Rohman, Appellant, v. Max Cohen and Sarah Cohen, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Elizabeth Rogers, as Administratrix, etc., of Andrew Rogers, Deceased, Respondent, v. The Green Fuel Economizer Company of Matteawan, N. Y.,